# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K. RASHIDZADA CORPORATION, CONVENIENT STORE DISTRIBUTORS, INC., EASHOU INC., PACIFIC GROSERVICE INC., PITTSBURG WHOLESALE GROCERS, INC., SANOOR, INC. and TREPCO IMPORTS & DISTRIBUTION, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION and COSTCO WHOLESALE MEMBERSHIP, INC., <br><br> Defendants. | Case No. \| 2:25-cv-06405-MWF-E <br><br> **ORDER GRANTING STIPULATION REGARDING THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND HARD COPY DOCUMENTS AND FEDERAL RULE OF EVIDENCE 502(D)** <br><br> <u>State Complaint Filed</u> <br> June 6, 2025 <br><br> <u>Action Removed</u> <br> July 14, 2025 <br><br> <u>FAC Filed</u> <br> September 10, 2025 |

The Court, having considered the parties' Stipulation Regarding the Discovery of Electronically Stored Information and Hard Copy Document and Federal Rule of Evidence 502(d), and finding good cause exists, hereby GRANTS the Stipulation.

-1-

1    **IT IS SO ORDERED.**

2

3    DATED: October 14, 2025

4    _____
     CHARLES F. EICK
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| 2:25-cv-06405-MWF-E
ORDER GRANTING STIPULATION RE ESI