1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 | |

A.K. RASHIDZADA CORPORATION, CONVENIENT STORE DISTRIBUTORS, INC., EASHOU INC., PACIFIC GROSERVICE INC., PITTSBURG WHOLESALE GROCERS, INC., SANOOR, INC. and TREPCO IMPORTS & DISTRIBUTION, LTD.,

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION and COSTCO WHOLESALE MEMBERSHIP, INC.,

Defendants.

Case No. | 2:25-cv-06405-MWF-E

**ORDER GRANTING STIPULATION REGARDING THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND HARD COPY DOCUMENTS AND FEDERAL RULE OF EVIDENCE 502(D)**

State Complaint Filed
June 6, 2025

Action Removed
July 14, 2025

FAC Filed
September 10, 2025

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the parties' Stipulation Regarding the Discovery of Electronically Stored Information and Hard Copy Document and Federal Rule of Evidence 502(d), and finding good cause exists, hereby GRANTS the Stipulation.

-1-

1    **IT IS SO ORDERED.**

2

3    DATED: October 14, 2025

4                                                    CHARLES F. EICK
                                                     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| 2:25-cv-06405-MWF-E
ORDER GRANTING STIPULATION RE ESI